```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 10004
    JEANETTA BINDER
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8382


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/04/2007 and was not confirmed.

     The case was dismissed without confirmation 09/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------

DRIVE FINANCIAL SERVICES  SECURED VEHIC    11082.56           .00             .00
OVERLAND BOND & INVESTME  SECURED NOT I        .00            .00             .00
AFFORDABLE FURNITURE      UNSECURED         1315.92           .00             .00
NCO FINANCIAL             UNSECURED          372.00           .00             .00
TCF BANK                  UNSECURED        NOT FILED          .00             .00
ASSET ACCEPTANCE CORP     UNSECURED         1328.55           .00             .00
CAPITAL ONE               UNSECURED         2227.38           .00             .00
CITY OF CHICAGO PARKING   UNSECURED         8212.00           .00             .00
SPRINT PCS                UNSECURED        NOT FILED          .00             .00
HSBC NV                   UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED          534.59           .00             .00
BLU ASSOCIATES INC        UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
VERIZON WIRELESS          UNSECURED         2475.41           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED          667.17           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED         1501.99           .00             .00
OVERLAND BOND & INVESTME  UNSECURED         5328.64           .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY      2,000.00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00


          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                          ---------------    ---------------
TOTALS                          .00                .00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 10004 JEANETTA BINDER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE